1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICKY GRAY,                                No.  2:14-cv-0473 KJN P

12                    Plaintiff,

13         v.                                    ORDER

14    B. COGDELL, et al.,

15                    Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has submitted a request for authorization to

18    file a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff acknowledges that he was

19    recently declared a three-strikes litigant under 28 U.S.C. § 1915(g).  See Gray v. Tilton, Case No.

20    2:11-cv-2103 KJM EFB P (ECF Nos. 47, 50-1) (judgment entered January 7, 2014).

21         As a three-strikes litigant seeking to proceed in forma pauperis in a new action, plaintiff

22    must demonstrate that, at the time he filed the complaint, he was "under imminent danger of

23    serious physical injury." 28 U.S.C. § 1915(g).  Plaintiff has not made this showing, either in his

24    motion for authorization or his proposed complaint.  Rather, plaintiff states that he "will pay the

25    filing fee cost on being told he can file this petition (sic)."  (ECF No. 1 at 1.)  Thus, plaintiff will

26    be permitted to file his complaint upon payment of the full filing fee of $400.00 ($350.00 filing

27    fee plus $50.00 administrative fee).

28    ////

1

1    Nevertheless, plaintiff is informed that his complaint, once filed, will be screened on the

2    merits, as required by 28 U.S.C. § 1915A.  Given the similarity of the instant complaint with that

3    filed in Case No. 2:11-cv-2103 KJM EFB P, the instant complaint will likely be subject to the

4    same limitations (see id., ECF No. 9 (screening order)).  Therefore, plaintiff may wish to file a

5    narrowed Amended Complaint together with payment of the full filing fee.

6         In accordance with the above, IT IS HEREBY ORDERED that:

7         1.  Plaintiff's motion for authorization (ECF No. 1) is granted, subject to payment of the

8    full filing fee.

9         2.  Plaintiff may, within thirty days after service of this order, pay the full filing fee of

10    $400 as a precondition to commencing this action.

11        3.  Failure of plaintiff to timely submit the full filing fee will result in a recommendation

12    that this action be dismissed.

13   Dated:  March 12, 2014

14

15   /gray0473.3strks.payfee            KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28