1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY GRAY,                                No.  2:14-cv-0473 KJN P

12              Plaintiff,

13        v.

14   JAMES TILTON, et al.,

15              Defendants.

16

17   RICKY GRAY,                                No.  2:11-cv-2103 KJM EFB P

18              Plaintiff,

19        v.                                    ORDER

20   JAMES TILTON, et al.,

21              Defendants.

22

23        Examination of the above-entitled actions reveals that these cases are related within the

24   meaning of Local Rule 123(a).  The actions involve the same property, transaction or event and

25   similar questions of fact and the same question of law.  Accordingly, assignment of the matters to

26   the same judge is likely to effect a substantial saving of judicial effort and is also likely to be

27   convenient for the parties.

28

1

1   The parties should be aware that relating the cases under Local Rule 123 merely has the

2   result that the actions are assigned to the same judge; no consolidation of the actions is effected.

3   Under the regular practice of this court, related cases are generally assigned to the judge and

4   magistrate judge to whom the first filed action was assigned.

5   Therefore, IT IS ORDERED that the action denominated as 2:14-cv-0473 KJN is

6   reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all

7   further proceedings, and any dates currently set in the reassigned case only are hereby

8   VACATED.  Notwithstanding the consent to magistrate judge jurisdiction filed by plaintiff in

9   case no. 2:14-cv-0473, the undersigned declines to refer the case to the magistrate judge in light

10   of her familiarity with the earlier 2011 case.  Henceforth, the caption on documents filed in the

11   reassigned case shall be shown as No. 2:14-cv-0473 KJM EFB.

12   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in

13   the assignment of civil cases to compensate for this reassignment.

14   IT IS SO ORDERED.

15   DATED:  May 11, 2015.

16

17   _____

18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2